# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHELTON, JR., | CASE NO. 1:07-cv-00560-AWI-SMS PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING MEDICAL CARE CLAIM FOR FAILURE TO STATE A CLAIM |
| v. | |
| GLEN CHORLEY, | (Docs. 1, 10, 11, and 12) |
| Defendant. | |

Plaintiff Adam Shelton, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 6, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 6, 2008, is adopted in full; and
2. The medical care claim against Defendant Chorely is dismissed for failure to state a claim.

IT IS SO ORDERED.

**Dated:    July 25, 2008**                          /s/ Anthony W. Ishii
                                                     CHIEF UNITED STATES DISTRICT JUDGE