IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ADAM SHELTON, JR.,** | 1:07-CV-00560-MHM |
| Plaintiff, | **ORDER** |
| **v.** | |
| **GLEN CHORLEY,** | |
| Defendant. | |

On March 5, 2009, Defendant Chorley filed a motion for extension of time to file his reply to Plaintiff's opposition to the motion for judgment on the pleadings. For good cause shown, the Court grants Defendant Chorley an extension of time, up to and including March 20, 2009, to file his reply.

Dated this 5th day of March, 2009.

_____
Mary H. Murgula
United States District Judge

*[Proposed] Order*

1