1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**

7 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8
9

| | | |
|---|---|---|
| Adam Shelton, Jr., | ) | No. CV 1-07-00560-MHM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Glen Chorley, | ) | |
| Defendant. | ) | |
| | ) | |

16      Pending before the Court is Defendant's Motion to Vacate Discovery Deadline. (Doc.

17 # 29)  Defendant requests that the Court vacate the discovery deadline in this case and set a

18 new date, if necessary, after the Court rules on Defendant's pending Motion to Dismiss.

19 Plaintiff has not filed a response to Defendant's motion.

20      Good cause appearing,

21      **IT IS ORDERED** granting Defendant's Motion to Vacate Discovery Deadline. (Doc.

22 # 29)

23      **IT IS FURTHER ORDERED** vacating the May 18, 2009, discovery deadline nunc

24 pro tunc.  The Court will set a new deadline, if necessary, after it rules on Defendant's

25 pending Motion to Dismiss.

26      DATED this 10th day of June, 2009.

27

28

_____

Mary H. Murguia
United States District Judge