IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM SHELTON, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**GLEN CHORLEY,**<br><br>Defendant. | Case No. 1:07-CV-00560-MHM (PC)<br><br>**ORDER** |

On July 14, 2009, Defendant Chorley filed a motion to vacate the dispositive motion deadline, currently set for July 20, 2009, and set a new date, if necessary, for 120 days after the Court issues an order on the pending motion to dismiss. For good cause shown, Defendant's motion is granted. The Court vacates the dispositive motion deadline, and will set new deadline, if necessary, after issuing an order on Defendant's motion to dismiss.

Dated this 16th day of July, 2009.

_____
Mary H. Murguia
United States District Judge

1

[Proposed] Order (1:07-CV-00560-MHM (PC))