IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM SHELTON, JR.,** | Case No. 1:07-CV-00560-MHM (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **GLEN CHORLEY,** | |
| Defendant. | |

On February 16, 2010 Defendant Chorley filed a request to complete Plaintiff's deposition via videoconference. Good cause appearing,

**IT IS ORDERED** granting Defendant's request and permitting counsel for Defendant Chorley to conduct Plaintiff's deposition via videoconference. (Doc. # 37)

Dated this 18th day of February, 2010.

_____
Mary H. Murguia
United States District Judge