IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **ADAM SHELTON, JR.,** | Case No. 1:07-CV-00560-MHM (PC) |
| Plaintiff, | **ORDER** |
| v. |  |
| **GLEN CHORLEY,** |  |
| Defendant. |  |

On February 16, 2010 Defendant Chorley filed a request for an extension of time to complete Plaintiff's deposition and to file a dispositive motion in this matter. Good cause appearing,

**IT IS ORDERED** granting Defendant's request and extending the deadline to allow Defendants to depose Plaintiff by March 29, 2010, and to complete a dispositive motion by April 29, 2010. (Doc. # 38)

Dated this 18th day of February, 2010.

_____
Mary H. Murguia
United States District Judge