IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Adam Shelton, Jr., | ) | No. CV 1-07-560-PHX-MHM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Glen Chorley, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pending before the Court is Defendant's Motion to Vacate Deadline for Joint Proposed Pretrial Order. (Doc. # 47)  Defendant requests that the Court vacate the deadline currently set for May 28, 2010, for the joint proposed pretrial order and reset, if necessary, after ruling on Defendant's pending Motion for Summary Judgment.  In addition to the pendency of the summary judgment motion, Defendant notes that counsel cannot meet and confer with Plaintiff by the current deadline and that a new attorney will soon be assigned as Defendant's counsel in this case.

Good cause appearing,

**IT IS ORDERED** granting Defendant's Motion to Vacate Deadline for Joint Proposed Pretrial Order.  (Doc. # 47)

1    **IT IS FURTHER ORDERED** vacating the May 28, 2010 joint proposed pretrial

2    order deadline.  The Court will re-set the deadline, if necessary, after ruling on Defendant's

3    pending Motion for Summary Judgment.

4    　　　　DATED this 26th day of May, 2010.

5

6

7    _____

8    　　　　　　　　Mary H. Murgula
　　　　　　　　United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28