IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Adam Shelton, Jr., | ) | No. CV 1:07-560-MHM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Glen Chorley, | ) | |
| Defendant. | ) | |

It has come to the Court's attention that Plaintiff's Notice of Appeal filed on May 16, 2011, contains a timely request for an extension of time to appeal pursuant to Federal Rule of Appellate Procedure 4(a)(5). (Doc. 61) Accordingly,

**IT IS ORDERED** granting Plaintiff's request for an extension of time to appeal. Plaintiff is advised that he need not file a new notice of appeal.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to send a copy of this order to the Ninth Circuit Court of Appeals.

DATED this 30th day of June, 2011.

_____
Mary H. Murguia
United States District Judge